■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC MCGRIFF, Appellant. [823 NYS2d 709]—Appeal from a judgment of the Supreme Court, Erie County (Joseph S. Forma, J.), rendered December 22, 2004. The judgment convicted defendant, upon his plea of guilty, of burglary in the first degree and attempted rape in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Scudder, J.P., Martoche, Centra and Pine, JJ.

■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PASSIONA C. CULVER, Appellant. [823 NYS2d 709]—Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered September 9, 2004. The judgment convicted defendant, upon a jury verdict, of criminal mischief in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting her upon a jury verdict of criminal mischief in the second degree (Penal Law § 145.10). The general motion to dismiss by defendant did not preserve for our review her contention concerning the alleged legal insufficiency of the evidence (*see People v Gray*, 86 NY2d 10, 19 [1995]). In any event, the evidence is legally sufficient to establish that defendant damaged the vehicle at issue and that the damage to such vehicle exceeded $1,500 (*see generally People v Bleakley*, 69 NY2d 490, 495 [1987]). Also contrary to defendant's contention, the verdict is not against the weight of the evidence (*see generally id.*). Present—Scudder, J.P., Martoche, Centra and Pine, JJ.